UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| LYNDON HART,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HOUDYSHELL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SECRETARY OF THE SOUTH DAKOTA DEPARTMENT OF REVENUE; AND BRENDA KING, EMPLOYEE OF THE SOUTH DAKOTA MOTOR VEHICLE DIVISION IN HER INDIVIDUAL AND OFFICIAL CAPACITY;<br><br>Defendants. | 3:23-CV-03030-RAL<br><br>ORDER REGARDING MOTION FOR EXPEDITED DISCOVERY |

Plaintiff Lyndon Hart has filed this First Amendment challenge to SDCL § 32-5-89.2 allowing Defendants to deny vanity license plates that are "offensive to good taste and decency." Plaintiff seeks a preliminary injunction to enjoin enforcement of SDCL § 32-5-89.2 and has filed a Motion for Expedited Discovery, Doc. 7. This Court wants to give Defendants an opportunity to answer and cooperate with Plaintiff to conduct what discovery may be necessary voluntarily and on an expedited basis in order to present this case in a quick yet thorough manner for decision. Therefore, it is

ORDERED that ruling on the Motion for Expedited Discovery, Doc. 7, is deferred until after Defendants have answered or otherwise responded to the Complaint.

DATED this 17th day of November, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE