UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| LYNDON HART, | 3:23-CV-03030-RAL |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MICHAEL HOUDYSHELL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SECRETARY OF THE SOUTH DAKOTA DEPARTMENT OF REVENUE; AND BRENDA KING, EMPLOYEE OF THE SOUTH DAKOTA MOTOR VEHICLE DIVISION IN HER INDIVIDUAL AND OFFICIAL CAPACITY; | |
| Defendants. | |

On December 22, 2023, the parties filed a Stipulated Consent Order for Attorney's Fees and Judgment of Dismissal, Doc. 24. Based on the request of the parties, it is hereby

ORDERED that the State of South Dakota shall pay attorney's fees and costs to the Plaintiff's counsel the American Civil Liberties Union Foundation in the amount of $69,505.40 and $8,500.00 to DeCastro Law Office, PLLC on or before January 3, 2024. It is further

ORDERED, AJUDGED AND DECREED that this case is dismissed with prejudice, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 26th day of December, 2023.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE